CLOSED

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CRIMINAL DOCKET FOR CASE #: 1:20-mj-00074-SES All Defendants
# Internal Use Only

Case title: USA v. Holmes  
Other court case number: CCB-16-0235 District of Maryland

Date Filed: 12/18/2020

Assigned to: Magistrate Judge Susan E. Schwab

**Defendant (1)**

**Donte Holmes**     represented by     **Thomas A. Thornton**
Federal Public Defender
100 Chestnut St
Suite 306
Harrisburg, PA 17101
717-782-2237
Email: thomas_thornton@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** |
|---|
| None |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** |
|---|
| None |

| **Complaints** | **Disposition** |
|---|---|
| 18:3583.F - Supervised Release Violation Petition | |

**Plaintiff**

**USA**                                      represented by **John C Baer**
United States Attorney's Office
228 Walnut Street
Suite 220
Harrisburg, PA 17101
717-221-4482
Email: john.c.baer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2020 | 1 | PETITION FOR REVOCATION OF SUPERVISED RELEASE & WARRANT as to Donte Holmes (1). (ki) (Entered: 12/18/2020) |
| 12/15/2020 | 2 | (Court only) Minute Entry from proceedings held before Magistrate Judge Susan E. Schwab:IA in Rule 40 Hearing as to deft Donte Holmes post-arrest SR rev petition Dist of MD on 12/15/2020. Deft present w/ standby cnsl AFPD Thornton. Ct advises deft of his right to cnsl. Deft submits financial affidavit & requests appt of cnsl. Ct approves affidavit & appts AFPD Thornton. Deft cnsl says deft will waive ID hearing. Deft confirms receipt & review of petition, waives formal reading. AUSA reviews allegations in petition w/ potential penalties. Deft understands all. Ct advises deft of his rights. Deft waives ID hrg. Ct notes next appearance will be IA in Dist of MD b. MJ DiGirolamo on 12/21/20 @ 9:30 a.m. (virtual) Baltimore, MD. Deft cnsl request release. Govt seeks detn. Deft cnsl requests detn hearing re: 3rd PC. Ct will set for 12/16/20 time TBD. Deft remanded to custody of USM for contd detn pending detn hearing. Total Time in Court [:17] (ki) (Entered: 12/18/2020) |
| 12/15/2020 | 3 | CJA 23 - FINANCIAL AFFIDAVIT by Donte Holmes, approved. (ki) (Entered: 12/18/2020) |
| 12/15/2020 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER - Thomas A. Thornton, AFPD, appt'd for Donte Holmes. Signed by Magistrate Judge Susan E. Schwab on 12/15/20. (ki) (Entered: 12/18/2020) |
| 12/15/2020 | 5 | WAIVER of Rule 32.1 Hearing as to deft Donte Holmes. (ki) (Entered: 12/18/2020) |
| 12/16/2020 | 6 | (Court only) Minute Entry from WEBEX VIDEOCONFERENCE proceedings held before Magistrate Judge Susan E. Schwab As to deft Donte Holmes on 12/16/2020. Deft & cnsl present via VC. Deft requests release to 3rd PC. Proposed 3rd PC testifies (sworn). Deft supp'ng argument, AUSA opp'ng argument. Ct notes change to Dist of MD appearance to 1/4/21 @ 9:30 am before MJ Coulson, Baltimore, MD (virtual appearance). Deft requests earlier IA date in MD. Ct will ask. Ct orders deft detained pending IA in MD. Deft cont'd in USM custody pending same. Total Time in Court [:36] (ki) (Entered: 12/18/2020) |

| 12/16/2020 | [7](#) | COMMITMENT TO ANOTHER DISTRICT as to deft Donte Holmes. Defendant committed to District of District of Maryland. Signed by Magistrate Judge Susan E. Schwab on 12/16/20. (ki) (Entered: 12/18/2020) |
|---|---|---|
| 12/28/2020 | 🔒 | (Court only) ***Case Terminated as to Donte Holmes (ki) (Entered: 12/28/2020) |